

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

January 13, 2020

**MEMO ENDORSED**

Via ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *Doe v. Croton Harmon School District*
              Docket No. 19-cv-8137 (KMK)
              File No. 190119

Dear Judge Karas:

    This firm represents defendants in the above-referenced matter. I write to request an adjournment of the initial conference, which was just scheduled for Wednesday, January 29, 2020, to a date convenient to the Court. I will be out of town at a conference between January 28 and February 3, 2020. Please note I will also be away the week of February 17. This is our first request to adjourn the initial conference.

    Thank you for your consideration of this request.

Respectfully submitted,

SOKOLOFF STERN LLP

*/s/ Steven C. Stern*

STEVEN C. STERN

cc:
All counsel via ECF

Granted.
The conference is moved to
2/11/20, at 11:30.

So Ordered
/s/ KMK 1/13/20