

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

Application granted. The parties shall file their stipulation of
discontinuance by September 5, 2021.

The Clerk of the Court is respectfully directed to terminate
the motion sequence pending at Doc. 43.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          July 28, 2021

By ECF
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Doe v. Croton Harmon School District*
       Docket No. 19-cv-8137 (PMH)
       File No. 190119

Your Honor:

     I write on behalf of counsel for all parties to request an additional 30 days to file the Stipulation of Discontinuance in this action. Although we have negotiated the terms of an agreement, we need this additional time to present it to the Board of Education, which does not meet until August 5, 2021, for its required approval. We therefore request until September 5, 2021 to file the Stipulation of Discontinuance, although we will likely be in a position to do so sooner than that.

     Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

STEVEN C. STERN

cc:
Counsel of record (by ECF)